IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tiffany M. Scalia | : | No. 17-14770-AMC |
| Debtor | | |

ANSWER TO MOTION OF NATIONSTAR MORTGAGE, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. The mortgage company changed its address.

7. Debtor has the funds. The mortgage company changed addresses and the debtor is holding the funds.

8. Denied.

9. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 4/1/19