```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:
                              :      CHAPTER 13
     Tiffany M. Scalia        :      No. 17-14770-AMC
          Debtor
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on April 1, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:

Kevin G. McDonald on behalf of Nationstar Mortgage, LLC.
kmcdonald@kmllawgroup.com

```
                                   /s/ David M. Offen
                                   David M. Offen Esq.
                                   Attorney for Debtor
                                    601 Walnut Street
                                   Suite 160 West
                                   Philadelphia, PA 19106
                                   215-625-9600
```

4/1/19