IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Tiffany M. Scalia | : |  |
| Debtor | : | No. 17-14770-AMC |

O R D E R

AND NOW, this _____ day of _____, 2019,

upon consideration of the Motion to Modify Plan After

Confirmation, it is hereby ORDERED, that the debtor's confirmed

plan is modified to reflect that $7,825.00 has been paid to the

Trustee and the Debtor shall pay $275.00 per month for 34 months

for a total base amount of $16,625.00 and the Modified Plan

attached hereto as Exhibit "A" shall be the new plan.


_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire