United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany M Scalia  
    Debtor

Case No. 17-14770-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
```
db             +Tiffany M Scalia,    655 E Allegheny Avenue,    Philadelphia, PA 19134-2330
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 03:12:59      Ally Bank,
                 4000 Lexington Avenue N,    Suite 100,    Shoreview, MN 55126-3196
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 03:20:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
                                                                                            TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Tiffany M Scalia dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Envoy Mortgage, Ltd. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Envoy Mortgage LTD c/o LoanCare
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Envoy Mortgage, LTD mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              REGINA   COHEN    on behalf of    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tiffany M. Scalia | : | No. 17-14770-AMC |
| Debtor | : | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 are allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED: January 15, 2020

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire