IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                       :   CHAPTER 13
                             :
Tiffany M. Scalia            :   No. 17-14770-AMC
     Debtor                  :
```

OBJECTION TO CERTIFICATE OF DEFAULT

Debtor, by her Attorney David M. Offen, objects to the Certificate of Default of Nationstar Mortgage, LLC. as the debtor remitted a payment to Nationstar Mortgage, LLC. on February 7, 2020 and can remit one month's payment immediately. Debtor does not believe she should owe any funds beyond this amount as she has made all payments as per the terms of the Stipulation and she is requesting the Movant to provide their proof of accounting on the same.

WHEREFORE, Debtor, respectfully requests a Hearing and for this Honorable Court to not enter an Order granting Relief.

```
                              Respectfully submitted,

                              /s/  David M.Offen
                                   David M. Offen
                                   Attorney for Debtor
                                   Suite 160 West, Curtis Center
                                   601 Walnut Street
                                   Philadelphia, PA 19106
                                   215-625-9600
Dated:2/28/20
```

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Nationstar Mortgage, LLC.
bkgroup@kmllawgroup.com

```
                              /s/  David M.Offen
                                   David M. Offen
                                   Attorney for Debtor
                                   Suite 160 West, Curtis Center
Date: 2/28/20                      601 Walnut Street
                                   Philadelphia, PA 19106
                                   215-625-9600
```