*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tiffany M Scalia
    Debtor(s)

Case No: 17–14770–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor Tiffany M Scalia' Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper

on: 3/24/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/2/20

Timothy B. McGrath
Clerk of Court

70 – 69
Form 167