# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tiffany M. Scalia aka Tiffany Jackson<br>                              Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>                              Movant<br>         vs.<br><br>Tiffany M. Scalia aka Tiffany Jackson<br>                              Debtor<br><br>William C. Miller, Esquire<br>                              Trustee | CHAPTER 13<br><br><br><br>NO. 17-14770 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Stipulation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about February 21, 2020 (Document No. 68).

> Respectfully submitted,
>
> **/s/ Rebecca A. Solarz, Esquire**
> Rebecca A. Solarz, Esquire
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106
> 215-627-1322

March 18, 2020