### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany M. Scalia aka Tiffany Jackson<br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>v.<br>Tiffany M. Scalia aka Tiffany Jackson<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br><br>NO. 17-14770 AMC<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 10, 2019, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 655 E Allegheny Avenue Philadelphia, PA 19134.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

**Date: September 9, 2020**

cc: See attached service list

Case 17-14770-amc    Doc 75    Filed 09/09/20    Entered 09/09/20 11:13:48    Desc Main
Document      Page 2 of 2

Tiffany M. Scalia aka Tiffany Jackson
655 East Allegheny Avenue
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532