United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14770-amc
Tiffany M Scalia                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 09, 2020
                     Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
db            +Tiffany M Scalia,    655 E Allegheny Avenue,    Philadelphia, PA 19134-2330
cr            +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 10 2020 05:03:04    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:48     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE          +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2020 05:02:29     Ally Bank,
               4000 Lexington Avenue N,    Suite 100,    Shoreview, MN 55126-3196
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:04:40     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTAL: 5

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Tiffany M Scalia dmo160west@gmail.com,
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
     bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor     Envoy Mortgage, Ltd. mwaldt@milsteadlaw.com,
     bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor     Envoy Mortgage LTD c/o LoanCare
     mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor     Envoy Mortgage, LTD mwaldt@milsteadlaw.com,
     bkecf@milsteadlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
     bkgroup@kmllawgroup.com
        REGINA  COHEN    on behalf of    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tiffany M. Scalia aka Tiffany Jackson<br>　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　v.<br>Tiffany M. Scalia aka Tiffany Jackson<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-14770 AMC<br><br>11 U.S.C. Section 362 |

**ORDER**

　　　　AND NOW, this 　　　　 day of 　　　　, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 10, 2019, it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 655 E Allegheny Avenue Philadelphia, PA 19134.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**Date: September 9, 2020**　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Tiffany M. Scalia aka Tiffany Jackson
655 East Allegheny Avenue
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen Esq.
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532