IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Tiffany M Scalia                      :    Case No. 17-14770-AMC

    Debtor

**ORDER**

AND NOW, this _____ day of _____, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: July 20, 2021**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE