United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14770-amc |
| Tiffany M Scalia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany M Scalia, 655 E Allegheny Avenue, Philadelphia, PA 19134-2330 |
| 13951238 | + | 1stprogress/1stequity/, Po Box 84010, Columbus, GA 31908-4010 |
| 13951241 | + | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13951242 | + | Capital Bank, 1 Church St, Rockville, MD 20850-4190 |
| 13969666 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13951246 | + | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 729080, Dallas, TX 75372-9080 |
| 13991843 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 13951249 | | City of Philadelphia, Code Violation Enforcement, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 13951248 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14051675 | + | Envoy Mortgage LTD, c/o LoanCare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 13951256 | + | Envoy Mortgage Ltd, 5100 Westheimer Rd Ste 3, Houston, TX 77056-5596 |
| 13962315 | + | Envoy Mortgage, Ltd., 5100 Westheimer #320, Houston, TX 77056-5515 |
| 13951257 | + | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13951260 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 13951261 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13951263 | | Hospital Billing - CHOP, PO Box 787802, Philadelphia, PA 19178-7802 |
| 13951264 | + | Jeffrey Jackson, 9103 Ryerson Road, Philadelphia, PA 19114-3403 |
| 14310648 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741 |
| 14214324 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Phila., PA 19106-1541 |
| 13951267 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13951268 | + | Stabilis Split Rock JV, LLC, P.O. Box 547-B, Lake Harmony, PA 18624-0819 |
| 14002864 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13951272 | | UPHS HUP Patient Pay, PO Box 824336, Philadelphia, PA 19182-4336 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| NONE | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:23:00 | Ally Bank, 4000 Lexington Avenue N, Suite 100, Shoreview, MN 55126-3196 |

Case 17-14770-amc   Doc 84   Filed 08/05/21   Entered 08/06/21 00:39:06   Desc Imaged
                        Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 53 |

| Recipient ID | | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13951239 | + | Email/Text: bankruptcy@accioneast.com | Aug 03 2021 23:23:00 | Accion Usa, 56 Roland St Ste 300, Boston, MA 02129-1233 |
| 13952039 | | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:23:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 13951240 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 03 2021 23:23:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14032720 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13951250 | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 13951243 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:31 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13951245 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:31 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13951247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:42 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13951251 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13951252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2021 23:23:00 | Comenitycapital/modell, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13951254 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2021 23:33:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13951265 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 03 2021 23:23:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13994640 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13994647 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13994664 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 23:33:41 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14007000 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 03 2021 23:23:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13996001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2021 23:33:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13951968 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 03 2021 23:33:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13951266 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 03 2021 23:23:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13994352 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2021 23:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13993817 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 53 |

|  |  |  | Aug 03 2021 23:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 13951269 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:31 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 13951270 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13951271 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 03 2021 23:33:30 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13951273 |  | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| cr | *+ | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 13951244 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13951255 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13951258 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13951259 | *+ | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 13951262 | * | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13951253 | ##+ | Continental Finance Co, Cfc, 121 Continental Dr #108, Newark, DE 19713-4326 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tiffany M Scalia dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Envoy Mortgage LTD mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Envoy Mortgage Ltd. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | |

| | |
|---|---|
| | on behalf of Creditor Envoy Mortgage LTD c/o LoanCare mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Tiffany M Scalia

       Debtor(s)                                                Bankruptcy No: 17−14770−amc

                                                                     Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                  Timothy B. McGrath
                                                                      Clerk of Court

Dated: 8/3/21

                                                                                                           83 − 81
                                                                                 Form 138_new